IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KELLEY MICHAEL AND DANIEL
DOYLE: IN THEIR OWN RIGHT
AND AS THE ADMINISTRATORS
OF THE ESTATE OF REAGAN
ROSE DOYLE, DECEASED,

    Plaintiffs,

v.

    Case No. 2:15-cv-851
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth P. Deavers

UNITED STATES OF AMERICA
Et al.,

    Defendants.

## ORDER

This matter is before the Court for consideration of Defendant the United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 6), which is unopposed by the Plaintiffs. Defendant's motion is **GRANTED**. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

1-20-2016
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE